# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Person Under Supervision

**Person Under Supervision**
Dustin Vaughn Dean Laster

**Docket Number**
0971 4:20CR00331-001 JSW

**Name of Sentencing Judge:**   The Honorable Jeffrey S. White
Senior United States District Judge

**Date of Original Sentence:**   July 6, 2021

**Original Offense**
Count One: Felon in Possession in Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** 36 months custody and three years imprisonment
**Special Conditions:** $100 special assessment; vocational training; mental health treatment program; DNA collection; search; substance abuse treatment

**Prior Form(s) 12:** None.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Noah Stern

**Date Supervision Commenced**
June 2, 2023
**Defense Counsel**
Joyce Leavitt (Appointed)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Dustin Laster violated mandatory condition number three that states, in part, he must refrain from any unlawful use of a controlled substance. |
| | On June 8, 2023, during a home visit Mr. Laster submitted a urinalysis test that yielded positive results for methamphetamine, amphetamine, and fentanyl. Mr. Laster admitted to using and signed an admission form. Evidence to support this is an admission form signed by Mr. Laster dated June 8, 2023. |

RE: Laster, Dustin Vaughn Dean  2
0971 4:20CR00331-001 JSW

On July 25, 2023, Mr. Laster submitted a urinalysis test that upon return from the lab yielded positive results for methamphetamine and amphetamine. Evidence to support this is Abbott Drug Test Report with specimen ID number B04906281.

On August 14, 2023, Mr. Laster submitted a urinalysis test that upon return from the lab yielded positive results for fentanyl. Evidence to support this is Abbott Drug Test Report with specimen ID number B04906331.

On August 29, 2023, Mr. Laster submitted a urinalysis test that upon return from the lab yielded positive results for fentanyl/norfentanyl. Evidence to support this is Abbott Drug Test Report with specimen ID number B04906327.

### Action Taken and Reason

U.S. Probation respectfully recommends the Court take Judicial Notice of the above noted violation and allow the probation office to continue to work with Mr. Laster. He is currently receiving mental health treatment where he is addressing substance use issues and is enrolled in random urinalysis testing. Any further violations will be promptly reported to the Court.

Respectfully submitted,

Grisel Gomez
U.S. Probation Officer
Date Signed: September 15, 2023

Reviewed by:

Alton P. Dural Jr.
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[X] The Court concurs and takes judicial notice
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other:

September 18, 2023
Date

Jeffrey S. White
Senior United States District Judge

NDC-SUPV-FORM 12A   4/6/2015