# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

### Petition for Warrant for Person Under Supervision

---

**Person Under Supervision**
Dustin Vaughn Dean Laster

**Docket Number**
0971 4:20CR00331-001 JSW

**Name of Sentencing Judge:**   The Honorable Jeffrey S. White
Senior United States District Judge

**Date of Original Sentence:**   July 6, 2021

**Original Offense**
Count One: Felon in Possession in Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** 36 months custody and three years imprisonment
**Special Conditions:** $100 special assessment; vocational training; mental health treatment
program; DNA collection; search; substance abuse treatment

**Prior Form(s) 12:**

On September 18, 2023, the Court took Judicial Notice of Mr. Laster submitting multiple
urinalysis tests that yielded positive results for amphetamine, methamphetamine, and fentanyl.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Noah Stern

**Date Supervision Commenced**
June 2, 2023
**Defense Counsel**
Joyce Leavitt (Appointed)

---

#### Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.

I, Grisel Gomez, a Probation Officer employed in the United States District Court for the Northern
District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my
information and belief, the facts set forth in this affidavit are true and correct. The factual
affirmations made below are based on my personal knowledge, on official records or documents
generated and maintained by my agency in the course of performing its functions, on official
records or documents generated and maintained by other government agents or agencies in the
course of performing their functions, or on information provided to me orally or electronically by
employees or agents of other public agencies (information developed or acquired in the course of
performing official agency functions).

**RE:**    Laster, Dustin Vaughn Dean                                                                    2
             0971 4:20CR00331-001 JSW

| Charge Number | Violation |
|---|---|

One

There is probable cause to believe that Dustin Laster violated standard condition number twelve that states, in part, he must not have access to a firearm, ammunition, destructive device or dangerous weapon.

On September 9, 2023, Rohnert Park Department of Public Safety received a call from a victim stating Mr. Laster had taken her vehicle without her permission. Officers contacted Mr. Laster and his girlfriend Marquitta Padilla inside the victim's vehicle. A search was conducted, and officers found a loaded firearm with the serial number scratched off in a purse that was inside the vehicle. Ms. Padilla stated it was her purse and she was taken into custody for possession of a loaded firearm, among other charges relating to the firearm and possession of a controlled substance.

Evidence to support this charge is Rohnert Park Department of Public Safety report #RP230003264.0

Two

There is probable cause to believe that Dustin Laster violated standard condition number nine that states, in part, he must not communicate or interact with any person he knows is engaged in criminal activity.

On September 9, 2023, Mr. Laster was observed in a vehicle that had been reported stolen with Marquita Padilla. Ms. Padilla was subsequently arrested for charges related to firearms possession and possession of a controlled substance.

Evidence to support this charge is Rohnert Park Department of Public Safety report #RP230003264.0

Three

There is probable cause to believe that Dustin Laster violated standard condition number ten that states, in part, he must notify the probation officer within 72 hours if he is arrested or questioned by a law enforcement officer.

Mr. Laster failed to inform U.S. Probation about the above-mentioned law enforcement contact he had on September 9, 2023, within the 72 hours.

RE:   Laster, Dustin Vaughn Dean                                                3
        0971 4:20CR00331-001 JSW

Four                        There is probable cause to believe that Dustin Laster violated mandatory
                            condition number one that states, in part, he must not commit another
                            federal, state, or local crime.

                                    On September 26, 2023, U.S. Probation was notified by Hercules Police
                                    Department that Mr. Laster is a suspect in a case they are investigating.
                                    The victim in this case is the same victim from Charge One. On
                                    September 18, 2023, officers with Hercules Police Department were
                                    dispatched to the victim's residence. She reported that earlier that day
                                    Mr. Laster and his girlfriend arrived at her house in a vehicle, and he
                                    began to threaten her. She reported Mr. Laster began to pull a firearm
                                    from his waistline, but he did not get out of the vehicle or point the
                                    firearm at her. She began to call the police and Mr. Laster left the
                                    residence.

                                    Evidence to support this charge is Hercules Police Department criminal
                                    report #H23-955.

Five                        There is probable cause to believe that Dustin Laster violated mandatory
                            condition number three that states, in part, he must refrain from any
                            unlawful use of a controlled substance.

                                    On September 11, 2023, Mr. Laster submitted a urinalysis test that upon
                                    return from the lab yielded positive results for fentanyl. Evidence to
                                    support this is Abbott Drug Test Report with Specimen ID number
                                    B04906323.

Based on the foregoing, there is probable cause to believe that Dustin Vaughn Dean Laster violated
the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for
his arrest.


Respectfully submitted,                              Reviewed by:


_____                     _____
Grisel Gomez                                         Alton P. Dural Jr.
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: September 29, 2023

---

Having considered the information set forth above, the court finds there is probable cause to
believe there has been a violation of the conditions of supervision and orders:

X       The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED
        UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE.

RE:    Laster, Dustin Vaughn Dean                                                          4
         0971 4:20CR00331-001 JSW

THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD
UPON ITS EXECUTION.

☐    Other:




September 29, 2023

Date

Jeffrey S. White
Senior United States District Judge

**RE:**   Laster, Dustin Vaughn Dean                                                                    5
0971 4:20CR00331-001 JSW

APPENDIX

Grade of Violations:  A [USSG § 7B1.1(a)(1)(A)(i)(iii), p.s.]

Criminal History at time of sentencing:  IV

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 24-30 months<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | 3 years less any term of imprisonment<br>18 U.S.C. § 3583(h) | 1-3 years less any term of imprisonment<br>18 U.S.C. § 3583(h) |
| **Probation:** | Not Applicable | Not Applicable |