JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:        Joyce_Leavitt@fd.org

Counsel for Defendant LASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN LASTER,<br><br>Defendant. | Case No.: CR 20–00331 JSW<br><br>**REQUEST TO FILE LATE JOINT STATUS REPORT, JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER VACATING MAY 28, 2024, STATUS HEARING** |

    The parties request permission to file this Joint Status Report which was due on Tuesday, May 21, 2024, in anticipation of a status conference before the Court on May 28, 2024, and apologize to the Court for this late filing. The reason that the Joint Status Report was not filed on May 21, 2024, is that the parties are aware that United States Probation Officer Grisel Gomez had previously filed an Amended Petition for Person Under Supervision ("Form 12") in the above referenced case after Mr. Laster was released from custody in January, 2024, and ordered to report to Newbridge Foundation but instead absconded and was arrested in Sonoma County with new charges. The parties mistakenly

believed that the May 28, 2024, court appearance would be vacated based upon the Form 12.

Although the Form 12 remains under seal, undersigned defense counsel spoke with United States Probation Officer Grisel Gomez on May 22, 2024, who confirmed that the Form 12 was filed with the Court in January, 2024, and that this Court signed the Form 12 and accompanying arrest warrant on January 26, 2024. USPO Gomez further confirmed that Mr. Laster continues to be in custody at Sonoma county jail. For this reason, the parties request that the Court vacate the May 28, 2024, court date with the understanding that Mr. Laster will be brought to federal court in accordance with the arrest warrant once his case is resolved in Sonoma county, and he is released to the warrant.

IT IS SO STIPULATED.

Dated: May 22, 2024

JODI LINKER
Federal Public Defender
Northern District of California

  /S  
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: May 22, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

  /S  
NOAH STERN
Assistant United States Attorney

REQUEST RE: LATE JOINT STATUS REPORT; JOINT STATUS REPORT: [PROPOSED] ORDER TO VACATE
*LASTER*, CR 20–00331 JSW

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>DUSTIN LASTER,<br><br>    Defendant. | Case No.: CR 20–00331 JSW<br><br>**[PROPOSED] ORDER VACATING MAY 28, 2024, STATUS HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance on the Form 12 in the above referenced case for defendant Dustin Laster is hereby VACATED, for the reasons discussed in the joint status report and stipulation set out above.

IT IS SO ORDERED.

Dated: _____

                                                    _____
                                                    HON. JEFFREY S. WHITE
                                                    Senior United States District Judge

[PROPOSED] ORDER VACATE
*LASTER*, CR 20–00331 JSW

1