IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DUSTIN LASTER,<br><br>　　　　Defendant. | Case No.: CR 20–00331 JSW<br><br>[PROPOSED] ORDER VACATING MAY 28, 2024, STATUS HEARING |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance on the Form 12 in the above referenced case for defendant Dustin Laster is hereby VACATED, for the reasons discussed in the joint status report and stipulation ~~set out above~~.

　　　　　　IT IS SO ORDERED.

Dated:   May 23, 2024

　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

cc: USPO Grisel Gomez (by email)

[PROPOSED] ORDER VACATE
*LASTER*, CR 20–00331 JSW

1